ARASTO FARSAD (BAR # 273118)
FARSAD LAW OFFICE, P.C.
2905 STENDER WAY, STE., 76B
SANTA CLARA, CA 95054
(408) 641-9966
(408) 866-7334 FAX
FarsadLaw1@gmail.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In Re: | ) Case No.: 17-28002 |
|---|---|
| ERLINDA MENDOZA GIL, | ) Chapter 13 |
| Debtor. | ) DCN: AF-004 |
| | ) **NOTICE OF HEARING** |
| | ) Date: February 6, 2018 |
| | ) Time: 1:00 pm |
| | ) Location: Dept. B. Crtrm 32 |
| | ) 501 I Street, |
| | ) Sacramento, CA 95814 |
| | ) Judge: Christopher D. Jaime |

**To the United States Bankruptcy Court, the Honorable Christopher D. Jaime, the United States Trustee, the creditors, and to all other parties of interest:**

**NOTICE IS HEREBY GIVEN** that, Debtor, ERLINDA GIL, by and through her Attorney of record Arasto Farsad, Esq., moves this Court for an Order Granting Application of Debtor for Order Under 28 U.S.C. §327 Authorizing and Approving Employment of Farsad law Office, P.C. as General Bankruptcy Counsel. A hearing will be held in Courtroom 32 of the U.S. Bankruptcy Court, located at 501 I Street, Sacramento, CA, 95814, at 1:00 p.m. on February 6, 2018.

- 1 –
**NOTICE OF HEARING**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B) written opposition to this motion must be filed and served with the Court at least fourteen (14) calendar days preceding the date or continued date of the hearing. Failure to timely file written opposition to the motion may result in the motion being resolved without oral argument and the striking of untimely opposition.

A determination of whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling can be viewed by checking the pre-hearing dispositions at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Any party appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**YOU HAVE UNTIL JANUARY 23, 2018 TO FILE A WRITTEN RESPONSE OR OPPOSITION TO THIS MOTION**.

If written opposition is filed, it should be served and filed with the Clerk by the responding party not less than fourteen (14) calendar days preceding the date of this hearing. Copies of any response or opposition shall also be served on counsel for the Debtor at this address:

> **Arasto Farsad, Esq.**
> **FARSAD LAW OFFICE, P.C.**
> **2905 Stender Way Suite 76**
> **Santa Clara, CA 95054**

This notice is supported by the motion filed concurrently herewith, by the pleadings and papers on file in this bankruptcy case, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

                                            **FARSAD LAW OFFICE, P.C.**

Dated: January 8, 2018                  By: */s/ Arasto Farsad, Esq.*
                                                       Arasto Farsad, Esq., Attorney for Debtor