ARASTO FARSAD (BAR # 273118)
FARSAD LAW OFFICE, P.C.
2905 STENDER WAY, STE. 76B
SANTA CLARA, CA 95054
(408) 641-9966
(408) 866-7334 FAX
FarsadLaw1@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:                                                          ) Case No.: 17-28002
                                                                )
ERLINDA MENDOZA GIL,                            ) Chapter 11
                                                                )
                    Debtor-in-Possession               ) DCN: AF-004
                                                                )
                                                                ) **DECLARATION OF ARASTO FARSAD IN**
                                                                ) **SUPPORT OF APPLICATION OF DEBTOR**
                                                                ) **FOR ORDER UNDER 28 U.S.C. §327**
                                                                ) **AUTHORIZING AND APPROVING**
                                                                ) **EMPLOYMENT OF FARSAD LAW**
                                                                ) **OFFICE, P.C. AS GENERAL**
                                                                ) **BANKRUPTCY COUNSEL**
                                                                )
                                                                )
                                                                ) Date:       February 6, 2018
                                                                ) Time:       1:00 pm
                                                                ) Location:  Dept. B. Crtrm 32
                                                                )                 501 I Street,
                                                                )                 Sacramento, CA 95814
                                                                ) Judge:     Christopher D. Jaime
                                                                )

I, Arasto Farsad, Esq., hereby declare as follows:

1.      I am an Attorney admitted to practice law before all courts in the State of California and the United States District Court for the Eastern District of California. I am the owner of Farsad Law Office, P.C. (hereinafter "Farsad Law" or "Counsel").

2.      I make this declaration in support of the Application of Debtor for Order Under 28 U.S.C. §327 for Order Authorizing and Approving Employment of Farsad Law

**DECLARATION OF ARASTO FARSAD IN SUPPORT OF APPLICATION TO EMPLOY FARSAD LAW OFFICE, P.C.**

Office, P.C. as General Bankruptcy Counsel ("Application") on behalf of ERLINDA MENDOZA GIL, Debtor in Possession ("Debtor").

3.    This case was commenced by the filing of a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code on December 11th, 2017. The hearing to convert this case to Chapter 11 is set for February 6, 2018. No Trustee has been appointed or is serving in the case

and Debtor is a Debtor-in-possession. Debtor will require the services of bankruptcy counsel under a general retainer for representation in the Chapter 11 case. Such representation will include all of the services normally rendered to a Debtor-in-possession in its capacity as a Debtor-in-possession in connection with the Chapter 11 case including, but not limited to, the following:

a.  Consulting with Debtor concerning its present financial situation, Debtor's realistic achievable goals, and the efficacy of various forms of bankruptcy as a means to achieve its goals.

b.  Preparing the documents necessary to commence the bankruptcy case.

c.  Advising Debtor concerning its duties as debtor-in-possession in a Chapter 11 case.

d.  Identifying, prosecuting, and defending claims and causes of actions assertable by or against the estate.

e.  Preparing applications, motions, answers, briefs, records, reports, notices, proposed orders, and other papers in connection with administration of the estate, including the formulation of the Chapter 11 plan, drafting the plan and disclosure statement, and prosecuting legal proceedings to seek confirmation of the plan.

f.  If necessary, preparing and prosecuting such pleadings as complaints to avoid preferential transfers or transfers deemed fraudulent as to creditors, motions for authority to borrow money, sell property, or compromise claims and objections to

claims.

g.   Taking all necessary action to protect and preserve the estate, and all other legal services requested.

4.      I will be the lead Attorney on Debtor's case.

5.       Debtor and I have made the following economic arrangements, all of which are and will be subject to approval of the Court:

a.      I no received a re-petition retainer for the Chapter 11 case.

b.      I estimate that fees will be at least $12,500.00.  I will make periodic applications for interim compensation that will be subject to approval of this Court in accordance with 11 U.S.C. §§ 326-331 (as applicable); bankruptcy Rules 2016(a), 2002(a), (c), and (k); Local Rule 9014-1(b)(1); and the Northern District's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees.

c.      Subject to court approval, the scope of Counsel's engagement will require Debtor to pay for services or items in addition to professional time. These services and items are designated as "costs" and include in-house costs and outside costs.  Inside costs include copying charges, investigative costs associated with  the hiring of investigators, mileage reimbursement, and travel.

## I.   CONNECTIONS BETWEEN COUNSEL, DEBTOR,  CREDITORS,  AND PARTIES IN INTEREST

6.      I have reviewed: 1) Debtor's list of Debtor's principals nd affiliates, creditors and several of the creditors' Attorneys; 2) the Sacramento Office of the United States Trustee and its list of employees employed by the United States Trustee's Sacramento Office; and 3) the Firm's client database for potential "conflicts of interest".   Based on this review and to the best of my knowledge:

a.      Neither the Firm nor any employee thereof has any connection with Debtor's principals and affiliates, creditors, creditors' attorneys, any other party in interest or their Attorneys and Accountants, the United States Trustee, or any person employed by the Office of the United States;

b.      Neither the Firm nor any employee thereof has any interest adverse to Debtor

- 3 –

**DECLARATION OF ARASTO FARSAD IN SUPPORT OF APPLICATION TO EMPLOY FARSAD LAW OFFICE, P.C.**

and is disinterested; and

       c.   Neither the Firm nor any employees thereof has any connection with Debtor, her creditors, any other party in interest or their Attorneys and Accountants, the United States Trustee, or any person employed by the Office of the United States.

      7.   Farsad Law and Debtor do not believe that the above-referenced connections create any actual conflicts of interest or prevent Farsad Law's employment from being authorized by the Court. At this time, the above referenced connections will not interfere with Farsad Law's vigorous representation of Debtor.

      8.   Farsad Law does not represent any interest adverse to that of Debtor and other than the connections described above, does not have any connections with creditors of Debtor.

      9.   Farsad Law was not a pre-petition creditor of Debtor. Farsad Law is not an insider and it was not an employee of Debtor within the last two years, and it does not hold or represent an interest adverse to the estate, and has no interests materially adverse to Debtor or any class of creditors. Farsad Law has disclosed its connections with Debtor, and does not believe that any of these connections would interfere with its duties to Debtor and its estate.

      Therefore, I believe I and my firm are a "disinterested person' within the meaning of Section 101(14) of the Bankruptcy Codce, as modified by Section 1107(b), and as required by Section 327(a) of the Bankruptcy Code. Except as set forth above, I have no connection with the Debtor, creditors, or any party-in-interest, their respective attorneys, asccountants, or the U.S. Trustee, or any employee olf ther U.S. Trustee.

      I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, at Santa Clara, California.

FARSAD LAW OFFICE, P.C.

Dated: January 8, 2018      By:   /s/ Arasto Farsad, Esq.
                        Arasto Farsad, Esq.
                        Attorney for Debtor

**DECLARATION OF ARASTO FARSAD IN SUPPORT OF APPLICATION TO EMPLOY FARSAD LAW OFFICE, P.C.**