ARASTO FARSAD (BAR # 273118)
FARSAD LAW OFFICE, P.C.
2905 STENDER WAY, STE. 76B
SANTA CLARA, CA 95054
(408) 641-9966
(408) 866-7334 FAX
FarsadLaw1@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ERLINDA MENDOZA GIL,<br><br>Debtor-in-Possession | Case No.: 17-28002<br><br>Chapter 11<br><br>DCN: AF-004<br><br>**DECLARATION OF ERLINDA MENDOZA GIL IN SUPPORT OF APPLICATION OF DEBTOR FOR ORDER UNDER 28 U.S.C. §327 AUTHORIZING AND APPROVING EMPLOYMENT OF FARSAD LAW OFFICE, P.C. AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date:     February 6, 2018<br>Time:     1:00 pm<br>Location: Dept. B. Crtrm 32<br>          501 I Street,<br>          Sacramento, CA 95814<br>Judge:    Christopher D. Jaime |

I, Erlinda Mendoza Gil, Esq., hereby declare as follows:

.          I am the Debtor in the instant case. I have personal knowledge of the information contained herein, and if called upon to testify, I could competently testify to the same.

   1.   I make this declaration in support of the Application of Debtor for Order Under 28 U.S.C. §327 for Order Authorizing and Approving Employment of Farsad Law Office, P.C. as General Bankruptcy Counsel ("Application") on behalf of ERLINDA

- 1 –
**DECLARATION OF DEBTOR IN SUPPORT OF APPLICATION TO EMPLOY FARSAD LAW OFFICE, P.C.**

MENDOZA GIL, Debtor in Possession ("Debtor").

2. I filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code on December 11th, 2017 in order to protect my interest in my property located at 1025 North Hillview Drive, Milpitas, CA 95035 ("Property"). I understand I do not qualify for a Chapter 13 and have filed to convert my case to Chapter 11 and set a hearing for conversion on February 6, 2018. I do believe my currently improved financial situation with rental income of $6500 per month and social security of nearly $2200 per month would allow me to feasibly and responsibly pursue my Chapter 11.

3. I am not legally competent to represent myself in this Bankruptcy proceeding and have retained the services of Arasto Farsad, Esq, owner of the Farsad Law Office, P.C. ("Firm") I believe Mr. Farsad completely understands my financial situation and trust Mr. Farsad to competently guide me in this process.

4. Mr. Farsad and I have come to a financial agreement that I shall pay no pre-conversion attorney fee for the Chapter 11. I do understand that during the Chapter 11 process, Mr. Farsad will periodically apply to the Court for attorney fees in the amount of no less than $12,500 (and fees to cover reasonable expenses.)

5. I have reviewed the Application and the Declaration of Mr. Farsad. I have noted the connections between Mr. Farsad, his firm (Farsad Law Office, P.C.) and other parties in interest. I do not believe that these connections will interfere with the ability of Mr. Farsad and his firm to perform its representation on my behalf. I believe he is a "disinterested person", as I have come to understand this term.

6. I seek to retain and employ Mr. Farsad and his Firm to resolve my financial issues with my creditors through this Chapter 11. I have faith that Mr. Farsad's in-depth, legal experience warrants employment.

I declare under penalty of perjury that the foregoing statements are true and correct under the laws of the United States of America and that this Declaration was made in Elk Grove, California.

Dated: January 8, 2018          By:    /s/ Erlinda Mendoza Gil
                                                        Erlinda Mendoza Gil
                                                        Debtor herein