**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 17-28002 - B - 13
Erlinda Mendoza Gil,           ) Docket Control No. AF-4
            Debtor.            ) Document No. 38
                               ) Date: 02/06/2018
                               ) Time: 1:00 PM
                               ) DEPT: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling in the minutes.

**Dated:** February 07, 2018

　　　　　　　　　　　　　　　　　　　　　Christopher D. Jaime, Judge
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

[38] - Motion/Application to Employ Arasto Farsad as Attorney(s) [AF-4] Filed by Debtor Erlinda Mendoza Gil (fdis)